**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ROSITA BOOKER-BAILEY,

    Plaintiff,

v.                                                            Case No: 5:15-cv-91-Oc-30PRL

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant.

## ORDER

The Court has been advised via a Mediation Results Report (Dkt. #14) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of June, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record